118 F.3d 1576
 RICO Bus.Disp.Guide 9314
 Robert L. Malone, o/b/o First Freedom Group, Inc., Reon Company
v.
First Freedom Group, Inc., Reon Company, Walter T ReDavid,
John W. Holsten, Francis R. Alberti, Darlene J. ReDavid,
John C. Holsten, Joanne H. Holsten, American Land transfer
Associates, Penn Title Insurance Co., Joseph P. Caranci,
Jr., t/d/b/a ReDavid & Caranci, Raymond U. Mueller, Jr.,
t/d/b/a Raymond U. Mueller, Jr., & Associates, JJW
Management, Inc., JJW Management, Inc. Pension Trust
 NO. 96-1571
 United States Court of Appeals,
Third Circuit.
 June 20, 1997
 Appeal From: E.D.Pa. ,No.95cv00217
 
 1
 Affirmed in part, Reversed in part.